IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, as trustee, as successor-in-interest to U.S. Bank National Association, as indenture trustee for the holders of the CIM Trust 2020-R6, mortgage-backed notes, Series 2020-R6, <br><br> *Plaintiff*, <br><br> v. <br><br> MELONIE GODEAUX, JOSHUA GODEAUX, JUSTIN GODEAUX, WINTER FERRARO, HAYLEY GODEAUX, and TAMATHA HAYNES, as guardian of K.G., a minor, <br><br> *Defendants*. | CIVIL ACTION NO. 1:24-CV-519-MJT-CLS |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, this case was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72. On September 22, 2025, Judge Stetson issued a Report and Recommendation advising that the Court grant Plaintiff U.S. Bank's Motion for Default Judgment against Defendant Joshua Godeaux but not award the requested attorney's fees because U.S. Bank's counsel did not comply with a previous court order instructing that any such request be filed as a separate motion. [Dkt. 43 at 14]. No party filed objections. As such, the Court reviews the Report and Recommendation for clear error. It finds none.

**Order**

The Report and Recommendation [Dkt. 43] is ADOPTED. U.S. Bank's Motion for Default Judgment as to Defendant Joshua Godeaux [Dkt. 41] is GRANTED except with respect to U.S. Bank's request for attorney's fees and costs. Counsel for U.S. Bank shall have ten (10) days from entry of this order to file a motion requesting reasonable attorney's fees or they will be waived and the Court will enter final judgment without awarding them. It is further ORDERED, ADJUGED, and DECREED that

(1) The material allegations of the Original Complaint be and are deemed admitted as to Defendant Joshua Godeaux;

(2) An event of default has occurred on that certain Disclosure Statement, Note, and Security Agreement in the principal amount of $42,336.91 (the "Note"), executed by Decedents Gloria D. Godeaux and Patrick V. Godeaux ("Borrowers");

(3) The Deed of Trust Secured by Homestead executed by the Borrowers (the "Security Instrument," and together with the Note, the "Loan Agreement") and recorded in the Official Public Records of Orange County, Texas as Document No. 319607, provides Plaintiff U.S. Bank Trust Company as the current owner of the Note and mortgagee of the Security Instrument, in the event of a default on the obligations on the Note, with a first lien security interest on certain real property commonly known as 580 East Tram Road, Vidor, Texas 77662, and more particularly described as follows:

> a. FIELD NOTES FOR THE WEST 1/2 OF THAT LAND DESCRIBED IN VOLUME 444 PAGE 340, DEED RECORDS OF ORANGE COUNTY, TEXAS. BEING THE WEST ONE-HALF OF THAT CERTAIN ONE ACRE TRACT OUT OF THE GEORGE LOCKS ESTATE, ET AL, SUBDIVISION OF T. H. BREECE SURVEY, A-3, ORANGE COUNTY, TEXAS, AS RECORDED IN VOLUME 444 PAGE

2

340 DEED RECORDS OF ORANGE COUNTY TEXAS AND BEING DESCRIBED BY METES AND BOUNDS AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF THE 150 ACRE LOCKE ESTATE TRACT, IN THE NORTH LINE OF THE T. H. BREECE SURVEY, A-3: THENCE EAST 530 FEET TO THE EAST SIDE OF THE OLD VIDOR EVADALE ROAD: THENCE SOUTH 10 DEGREES 02 MINUTES EAST 40 FEET TO THE SOUTH EDGE OF TRAM ROAD: THENCE EAST WITH THE SOUTH EDGE OF SAID TRAM ROAD 2603 FEET TO THE NORTHWEST AND BEGINNING CORNER OF THE TRACT HEREIN DESCRIBED, SAME BEING THE NORTHEAST CORNER OF THE R. L MILLER TRACT: THENCE SOUTH 222 FEET, (218 CALLED) TO AN IRON ROD FOR CORNER: THENCE EAST 100 FEET TO AN IRON ROD FOR CORNER: THENCE NORTH 222 FEET, (218 CALLED) TO AN IRON ROD FOR CORNER IN THE SOUTH LINE OF TRAM ROAD: THENCE WEST 100 FEET TO THE POINT OF BEGINNING, CONTAINING 0.51 ACRES (0.50 CALLED);

(4) That Plaintiff U.S. Bank Trust Company is the current legal owner and holder of the Note and beneficiary of the Security Instrument. Plaintiff U.S. Bank Trust Company is also a mortgagee as that term is defined in Section 51.0001(4) of the Texas Property Code;

(5) Plaintiff U.S. Bank Trust Company has an enforceable and superior lien against any interest by Defendant Joshua Godeaux in the Property;

(6) That the following are secured by the Security Interest on the Property: the outstanding balance of the Note, including attorney's fees; pre-judgment interest at the Note interest rate of 12.50%; post-judgment interest at the Note interest rate of 12.50%; and costs of court;

(7) That Plaintiff U.S. Bank Trust Company, or its successors or assigns, may proceed with non-judicial foreclosure of Defendant Joshua Godeaux's interest in the Property as provided in the Security Instrument and Section 51.002 of the Texas Property Code;

(8) That should Plaintiff U.S. Bank Trust Company proceed with foreclosure on the Property then the purchaser at the foreclosure sale will be vested with all of Defendant Joshua Godeaux's interest, rights, and title in the Property;

(9) That Plaintiff U.S. Bank Trust Company may further communicate with Defendant Joshua Godeaux and all third parties reasonably necessary to conduct the foreclosure sale;

(10) That all costs are to be taxed against Defendant Joshua Godeaux as a further obligation of the debt, and not as a personal judgment;

(11) That all claims between Plaintiff U.S. Bank Trust Company and Defendant Joshua Godeaux are fully resolved.

**SIGNED this 15th day of January, 2026.**

*(signature)*
Michael J. Truncale
United States District Judge