IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

|  |  |  |
|---|---|---|
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, *as trustee, as successor-in-interest to US Bank National Association, as indenture trustee for the holders of the CIM Trust 2020-R6, mortgage-backed notes, Series 2020-R6,* | § § § § § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:24-CV-519-MJT-CLS |
| v. | § § | |
| MELONIE GODEAUX, JOSHUA GODEAUX, JUSTIN GODEAUX, WINTER FERRARO, HAYLEY GODEAUX, and TAMATHA HAYNES, *as guardian of* K.G*., a minor,* | § § § § § § | |
| *Defendants.* | § § | |

**ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

This matter was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On April 8, 2026, Judge Stetson issued a Report and Recommendation advising the Court to partially grant and partially deny Plaintiff U.S. Bank Trust Company's Motion for Attorney's Fees by awarding $7,270.62 in attorney's fees to Plaintiff. [Dkt. 51]. No party filed objections. As such, the Court reviews Judge Stetson's Report and Recommendation for clear error, and finds none. Accordingly,

The Report and Recommendation [Dkt. 51] is ADOPTED. Plaintiff's Motion for Attorney's Fees [Dkt. 50] is GRANTED in part and DENIED in part. Plaintiff is awarded

$7,270.62 in attorney's fees, not as a personal judgment against Defendants but as an additional debt secured by the Note and Secured Instrument at the basis of this suit.  Final judgment will be entered.

IT IS SO ORDERED.

**SIGNED this 1st day of May, 2026.**

Michael J. Truncale
United States District Judge

2